STATE v. GENERAL WILLIAMS.

(Filed 7 January, 1942.)

**Criminal Law § 54c—**

> Where the jury has rendered a verdict of not guilty the defendant is entitled to be discharged, and the trial court is without power to resubmit the case to the jury.

APPEAL by defendant from *Grady, Emergency Judge,* at October Criminal Term, 1941, of PERSON. Reversed.

*Attorney-General McMullan and Assistant Attorneys-General Bruton and Patton for the State.*
*Lunsford & Burke for defendant.*

PER CURIAM. The record discloses that: "His Honor instructed the Clerk to take the verdict. Whereupon, the Clerk asked: 'Gentlemen, how do you find the defendant, guilty as charged or not guilty?' The foreman, answering for the jury, declared, 'Not guilty.' The Clerk then asked: 'So say you all?' And the jurors answered 'Yes.' "

Thereafter the trial judge resubmitted the case to the jury, who returned a verdict of guilty. The verdict of not guilty entitled the defendant to be discharged.

Reversed.